IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| HELEN D. MARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:09-CV-716-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

On December 8, 2010, United States Magistrate Judge Jeffrey Cureton issued his proposed findings and conclusions and his recommendation in the above-referenced case. The recommendation is that the decision of defendant, Michael J. Astrue, Commissioner of Social Security ("Commissioner"), that plaintiff, Helen D. Mark, "is not entitled to a period of disability or disability insurance benefits," and "is not eligible for Supplemental Security Income disability benefits,"[1] be affirmed. Magistrate Judge Cureton granted the parties until December 29, 2010, to file and serve written objections to the proposed findings and conclusions and recommendation. Plaintiff timely filed objections. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and

---

[1] The quoted language is the decision of the administrative law judge, Tr. at 24, which became the final decision of the Commissioner, id. at 5.

applicable legal authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted. Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that plaintiff is not entitled to a period of disability or disability insurance benefits and is not eligible for Supplemental Security Income disability benefits, be, and is hereby, affirmed.

SIGNED January 5, 2011.

JOHN McBRYDE
United States District Judge